FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ JAN 03 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          MEMORANDUM AND ORDER

          Plaintiff,          CR 94-900

   -against-                 (Wexler, J.)

MILTON PLOTSKER,

          Defendant.
-------------------------------------------------------X

APPEARANCES:

    ROSLYNN R. MAUSKOPF, UNITED STATES ATTORNEY
    EASTERN DISTRICT OF NEW YORK
    BY: MARY M. DICKMAN, ESQ.
        ASSISTANT UNITED STATES ATTO_ _ _
        147 Pierrepont Street
        Brooklyn, New York 11201

    MARTIN S. GOLDBERG, ESQ.
    50 Court Street Suite 702
    Brooklyn, New York 11̇
    Attorney for Defendant

WEXLE]

After a 1994 entry of a plea of guilty to mail fraud and tax evasion, this court sentenced Defendant to a four month term of imprisonment followed by a three year period of supervised release. Additionally, Defendant was ordered to pay restitution in the amount of $3 million. Defendant failed to make full restitution and a lien was placed on his property. In August of 2003, this court issued an order directing, inter alia, that the Government permit Defendant to refinance the mortgage on his residence so as to obtain a more favorable rate of interest. That

order further stated that Defendant was prohibited from increasing the amount of his mortgage or obtaining additional monies through refinancing.

Presently before the court is Defendant's request to again refinance his mortgage and, in addition, to obtain $40,000 from the proceeds of the new loan for his living expenses. The Government opposes the request.

Upon consideration, the court orders that the United States permit Defendant to refinance his mortgage but holds that Defendant may not increase the amount of his mortgage or obtain any additional monies through the refinancing proces

SO ORDERED

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
January 3, 2006